IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KAREEM ALI-X,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3225

Opinion filed February 3, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Kareem Ali-X, pro se, Petitioner.

Pamela Jo Bondi, Attorney General; Kathleen C. Hagan and Mark S. Urban, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

OSTERHAUS, KELSEY, and WINOKUR, CONCUR.